**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Glenn Edwin Vanover, Appellant.

Appellate Case No. 2012-212998

———————————

Appeal From Lexington County
Perry M. Buckner, Circuit Court Judge

———————————

Unpublished Opinion No. 2013-UP-481
Submitted December 1, 2013 – Filed December 23, 2013

———————————

**AFFIRMED**

———————————

Katherine Carruth Goode, of Winnsboro, for Appellant.

Attorney General Alan McCrory Wilson and Assistant Attorney General Julie Kate Keeney, both of Columbia, for Respondent.

———————————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *State v. Dunbar*, 356 S.C. 138, 142, 587 S.E.2d 691, 693 (2003) ("[F]or an issue to be preserved for appellate review, it must have been raised to and *ruled upon* by the trial [court]." (emphasis added)); *id.* at 142, 587 S.E.2d at

693-94 ("Issues not raised and *ruled upon* in the trial court will not be considered on appeal." (emphasis added)); *Jackson v. Speed*, 326 S.C. 289, 306, 486 S.E.2d 750, 759 (1997) ("[I]t is the responsibility of trial counsel to preserve issues for appellate review.").

**AFFIRMED.**[1]

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.